UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIAN-CI HO,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 24-cv-03842-JST

**ORDER TO SHOW CAUSE DIRECTED TO ATTORNEY JOHN COLVIN**

Re: ECF No. 54

Before the Court is Plaintiff Jian-Ci Ho's motion to set aside the joint stipulation of dismissal of this case, a FOIA action related to pending tax litigation. ECF No. 54. In the motion and attached declaration, Ho states that on May 29, 2026 and June 4, 2026, his then-attorney recommended he abandon this case. ECF No. 54-1 ¶¶ 8, 10–11. Ho did not consent to dismissal, but explained that he needed more time to consider the matter. *Id*. The attorney, John M. Colvin, subsequently signed the joint stipulation of dismissal, which the United States filed on June 7, 2026. ECF No. 51. Although Ho and Colvin spoke about this case on June 9 and 10, Colvin did not reveal that it had been dismissed. ECF No. 54-1 ¶¶ 13–17. Ho called Colvin four more times after June 10, but never heard from him again. *Id*. ¶ 18. He learned of the stipulated dismissal on June 25, 2026, from the new lawyer he contacted when he was unable to reach Colvin. *Id*. ¶ 19.

The conduct recounted in Ho's declaration, if true, is contrary to the California Rules of Professional Conduct and the rules of this Court. *See O'Connor v. Uber Techs., Inc.*, No. 13-CV-03826-EMC, 2017 WL 3782101, at *5 (N.D. Cal. Aug. 31, 2017) ("Lawyers who practice before this Court are required to comply with California's Rules of Professional Conduct."); Civ. L.R. 11-4(a)(1). Attorney John M. Colvin is ordered to show cause why the matter should not be referred to the Standing Committee on Professional Conduct and the State Bar of California. Colvin shall

United States District Court
Northern District of California

file a response, not to exceed ten pages, within 14 days of the date of this order. The Clerk is directed to send this order to Colvin by both United States mail and electronic mail to the addresses listed on the docket.

**IT IS SO ORDERED.**

Dated: August 17, 2026

JON S. TIGAR
United States District Judge